# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL D. JONES,** )<br>       **Petitioner,** )<br>    v. )<br>        )<br>**C. PFEIFFER, Warden,** )<br>       **Respondent.** )<br>_____ ) | **NO. CV 16-7471-DDP (KS)**<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), the Motion to Dismiss ("Motion") and related briefing, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections to the Magistrate Judge's Report and Recommendation ("Objections"). Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

\\
\\
\\

Accordingly, IT IS ORDERED that: (1) the Motion is GRANTED; (2) the Petition is DENIED; and (3) Judgment shall be entered dismissing this action with prejudice.

DATED:
        April 10, 2017

                                            DEAN D. PREGERSON
                                  UNITED STATES DISTRICT JUDGE