# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL D. JONES,** | ) NO. CV 16-7471-DDP (KS) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| | ) |
| **C. PFEIFFER, Warden,** | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: April 10, 2017

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE